# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE FERNE SAINT-JEAN, | |
| Petitioner, | NO. 3:17-CV-1413 |
| v. | (JUDGE CAPUTO) |
| WARDEN CLAIR DOLL, *et al.*, | |
| Respondents. | (MAGISTRATE JUDGE SCHWAB) |

## ORDER

**NOW**, this 11th day of March, 2019, upon review of the Report and Recommendation of Magistrate Judge Susan E. Schwab (Doc. 16) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 16) is **ADOPTED**.

(2) The Petition for Writ of Habeas Corpus (Doc. 1) filed by Petitioner Andre Ferne Saint-Jean is **DISMISSED as moot**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge